[No. 34971-3-III.   Division Three.   May 2, 2017.]

FEDERAL HOME LOAN MORTGAGE CORPORATION, *Respondent*, v.
PAMELA S. OWEN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-2-00924-2, Robert A. Lewis, J., entered May 20, 2016. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 32512-1-III.   Division Three.   May 4, 2017.]

AMANDA PITTS ET AL., *Appellants*, v. INLAND IMAGING, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-02449-5, Kathleen M. O'Connor, J., entered April 25, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 33526-7-III.   Division Three.   May 4, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK MURILLO IV, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 14-1-50337-6, Alex Ekstrom, J., entered June 2, 2015. *Remanded with instructions* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 34037-6-III.   Division Three.   May 4, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT AARON MARTIN II, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 15-1-00080-1, Scott R. Sparks, J., entered January 19, 2016. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.